UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SUNRISE INFOTECH,<br><br>        Plaintiff,<br><br>   v.<br><br>HOMETOWN MEDICAL SUPPLIES LLC, et al.,<br><br>        Defendants. | Case No. 24-cv-09017-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 51 |

The Court is informed that the parties have settled this matter. Dkt. No. 51. Accordingly, all pending deadlines and appearances are vacated. On or before **November 25, 2025**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by that date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **December 2, 2025 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). In advance of the show cause hearing, the parties shall file a statement no later than **November 25, 2025** advising as to (1) the status of their efforts to resolve the matter; and (2) how much additional time, if any, is requested to file a dismissal. The parties' status report shall not disclose the substance of any settlement discussions. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated, and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 27, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge